UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDOLF SHTEYNBERG,<br><br>        Plaintiff,<br><br>v.<br><br>SHERIFFS DEPARTMENT,<br><br>        Defendant. | Case No.: 17-CV-2149 JLS (KSC)<br><br>**ORDER DENYING REQUEST TO EXPEDITE**<br><br>(ECF No. 10) |

  Presently before the Court is Plaintiff Rudolf Shteynberg's Request to Reorgonise [sic] / Simplify the Process ("Req.," ECF No. 10), which Plaintiff also characterizes as "a Request to Expedite the Process!", *see id.* at 1. However, as the Court noted in its November 1, 2021 Notice of Document Discrepancy rejecting Plaintiff's October 22, 2021 "Appointment of Counsel," this case was dismissed and the action closed ***more than four years ago***, in February 2018, for failure to prosecute. *See generally* ECF No. 9 (citing ECF No. 8). Because this case is closed, there is nothing to expedite; accordingly, the Court **DENIES** Plaintiff's Request. The Court will accept no further filings in this closed matter.

  **IT IS SO ORDERED.**

Dated: June 29, 2022

                *Janis L. Sammartino*
                Hon. Janis L. Sammartino
                United States District Judge